[L. A. No. 9022. In Bank.—June 1, 1927.]

HAMILTON A. BAUER et al., Appellants, v. LILY M. BAUER et al., Respondents.

[1] ESTATES OF DECEASED PERSONS—FRAUD—UNDUE INFLUENCE.—In this action by heirs and legatees of a deceased person to recover certain stock alleged to have been procured from the decedent by fraud and undue influence, the judgment is affirmed upon the authority of *Hamilton A. Bauer et al.* v. *Lily M. Bauer et al., ante,* p. 267.

APPEAL from a judgment of the Superior Court of Los Angeles County. Hartley Shaw, Judge. Affirmed.

The facts are stated in the opinion of the court.

Hamilton A. Bauer for Appellants.

J. W. Morin and Morin, Newell & Brown for Respondents.

Devlin & Devlin, *Amici Curiae* for Appellants.

Hubbard & Johnson and T. W. Hubbard, *Amici Curiae* for Respondents.

Andrews & Andrews for Defendant Union Oil Associates.

THE COURT.—[1] The preliminary statement made in *Hamilton A. Bauer et al.* v. *Lily M. Bauer et al., ante,* p. 267 [256 Pac. 820], is applicable in all respects to the instant case. We therefore adopt the decision formerly ren-

dered in this case, which was vacated upon the order granting the petition for rehearing, as our decision in the instant case. It follows:

"This is an action on behalf of certain heirs and legatees of Emile Bauer, deceased, to recover to his estate certain stock of the Union Oil Company and Union Oil Associates which the plaintiffs allege was procured by Lily M. Bauer, one of the defendants, from Emile Bauer in his lifetime by fraud and undue influence. This case is identical in principle with the case of *Hamilton A. Bauer et al.* v. *Lily M. Bauer et al., ante,* p. 267 [256 Pac. 820]. On the authority of that case, therefore, the judgment in this case is affirmed."